Amit Deshmukh, Esq.
Desh Law LLC
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Tel: (908) 639-3012
Email: amit@lawprosusa.com
NJ Bar # 127052014

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELIAN REGALADO VASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>LUIS SOTO, Administrator,<br>Delaney Hall Detention Facility,<br><br>TODD LYONS, Acting Director,<br>U.S. Immigration and Customs Enforcement,<br><br>MARKWAYE MULLIN, Secretary,<br>U.S. Department of Homeland Security,<br><br>TODD BLANCHE, Attorney General of the United States,<br><br>Respondents. | Civil Action No. 2:26-cv-11910-CCC<br><br>**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

The Clerk's Office is directed to close this case.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/16/2026

**WITHDRAWAL OF PETITION**

I, Amit Deshmukh, counsel for Petitioner hereby withdraws the within Petition, # 2:26-cv-11910-CCC.

**Dated:** 11/13/2026

***/s/ Amit Deshmukh***
**Amit Deshmukh, Esq.**
**Counsel for Petitioner**